# STATEMENT OF ACCOUNT
## 08-Dec-05



Intelsat Global Sales and Marketing Ltd.
Building 3 Suite 214
Chiswick Park 566 Chiswick High Road
London W45YA United Kingdom
Telephone 44(0)208 899 6035
Fax 44(0)208 899 6194
VAT Number 678 767 556

## Standard Communications Corp. (#16608)

Attention: Finance / Accounting Department
9060 NW 82nd Avenue, Medley, Florida 33166
Medley FL, United States
Tel: (561) 883-2248

**Intelsat Credit Administrator:**
Jodi Routledge
Phone: 441 294-1657
Fax: 441-292-9984
jodi.routledge@intelsat.com

Wire Transfers Instruction:
Intelsat Global Sales and Marketing Ltd.
Citibank London
Account no.: 10265683
Sort Code: 18 50 08
Swift Code: CITIGB2L
IBAN Code: GB40 CITI 1850 0810 2656 83
Citibank N.A., Citibank House
336 Strand London
WC2R 1HB

| Transaction Type | Transaction Number | Invoice Date | Due Date | Original Transaction Amt | Balance Outstanding |
|---|---|---|---|---|---|
| NCBS-MAAct | B-1072872 | 01-Jan-05 | 15-Feb-05 | $2,240.00 | $560.00 |
| NCBS-MAAct | B-1076790 | 01-Feb-05 | 18-Mar-05 | $2,240.00 | $2,240.00 |
| NCBS-MAAct | B-1080731 | 01-Mar-05 | 15-Apr-05 | $2,240.00 | $2,240.00 |
| NCBS-MAAct | B-1084708 | 01-Apr-05 | 16-May-05 | $2,240.00 | $2,240.00 |
| NCBS-MAAct | B-1088744 | 01-May-05 | 15-Jun-05 | $2,240.00 | $2,240.00 |
| LPI Chg. Invoice | I-93600 | 24-May-05 | 23-Jun-05 | $97.07 | $97.07 |
| NCBS-MAAct | B-1092841 | 01-Jun-05 | 16-Jul-05 | $2,240.00 | $2,240.00 |
| NCBS-MAAct | B-1096916 | 01-Jul-05 | 15-Aug-05 | $47,600.00 | $47,600.00 |
| NCBS-MAAct | B-1101082 | 01-Aug-05 | 15-Sep-05 | $47,600.00 | $47,600.00 |
| LPI Chg. Invoice | I-93798 | 31-Aug-05 | 30-Sep-05 | $813.87 | $813.87 |
| Termination | M-1005306 | 12-Oct-05 | 12-Oct-05 | $1,502,573.34 | $1,502,573.34 |
| NCBS-MAAct | B-1105292 | 01-Sep-05 | 16-Oct-05 | $47,600.00 | $47,600.00 |
| NCBS-MAAct | B-1109545 | 01-Oct-05 | 15-Nov-05 | $47,600.00 | $47,600.00 |
| NCBS-MAAct | B-1113862 | 01-Nov-05 | 16-Dec-05 | $20,626.66 | $20,626.66 |

| Current Due | 1 to 30 Days | 31 to 60 Days | 61 to 90 Days | Greater Than 90 Days | Total Due |
|---|---|---|---|---|---|
| $20,626.66 | $47,600.00 | $1,550,173.34 | $48,413.87 | $59,457.07 | $1,726,270.94 |

EXHIBIT 2

If you have any questions regarding this statement please contact your Intelsat Credit Administrator (Jodi Routledge).
This statement reflects all transactions posted to the abovementioned account as at 07/12/2005.