

FILED CO-386-online
10/03

MAR – 7 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court
# For the District of Columbia

INTELSAT USA SALES CORPORATION )
3400 INTERNATIONAL DRIVE NW )
WASHINGTON DC 20008 )
)
)
      Plaintiff )
)
   VS )
)
STANDARD COMMUNICATIONS CORP. )
9858 GLADES ROAD )
BUILDING 114 )
BOCA RATON FL 33434 )
)
      Defendant )

CASE NUMBER 1:06CV00414

JUDGE: Henry H. Kennedy

DECK TYPE: Contract

DATE STAMP: 03/07/2006

## CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for  PLAINTIFF     certify that to the best of my knowledge and

belief, the following are parent companies, subsidiaries or affiliates of  INTELSAT USA SALES CORPORATION  which have

any outstanding securities in the hands of the public:

 INTELSAT SUBSIDIARIES HOLDING CO., LTD (BERMUDA); INTELSAT (BERMUDA) LTD.;
 INTELSAT, LTD. (BERMUDA).

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

 422596_____
BAR IDENTIFICATION NO.

DAVID I. BLEDSOE
_____
Print Name

601 KING STREET
_____
Address

ALEXANDRIA VA 22314
_____
City   State   Zip Code

703 379 9424
_____
Phone Number

2