AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

INTELSAT USA SALES CORPORATION,
3400 International Drive
Washington DC 20008

**SUMMONS IN A CIVIL CASE**

V.

STANDARD COMMUNICATIONS CORP.,
9858 Glades Road
Building 114
Boca Raton FL 33434

CASE NUMBI

CASE NUMBER 1:06CV00414
JUDGE: Henry H. Kennedy
DECK TYPE: Contract
DATE STAMP: 03/07/2006

TO: (Name and address of Defendant)

STANDARD COMMUNICATIONS CORP
SERVE: Neal Simmons
7110 NW 4th Avenue
Boca Raton FL 33487
Registered Agent.

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

DAVID I. BLEDSOE
601 KING STREET
ALEXANDRIA VA 22314

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON
CLERK

MAR - 7 2006
DATE

[signature]
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

RETURN OF SERVICE

| Service of the Summons and complaint was made by me | DATE 4-17-06 |
|---|---|
| NAME OF SERVER (PRINT) MARVIN SALAW | TITLE PROCESS SERVER |

Check one box below to indicate appropriate method of service

G Served personally upon the defendant. Place where served: 9851 GLADES ROAD, BOCA RATON FLORIDA

G Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: DONNA PETRUZZELLI

G Returned unexecuted:

G Other (specify):

STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $35.00 | TOTAL |
|---|---|---|

DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 5-30-06
Date

[signature]
Signature of Server

6144 POINTE REGAL CIRCLE
DELRAY BEACH, FL 33484
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

5-03-1995 11:02AM FROM SAUNDERS INVESTIGATE 703 931 5871 P.2