CO-538
Rev. 3/87

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

INTELSAT USA SALES CORP.                )
                                         )
                                         )
             vs.                         )   Civil Action No. __06-414 HHK__
                                         )
                                         )
STANDARD COMMUNICATIONS CORP )

### AFFIDAVIT IN SUPPORT OF DEFAULT

I hereby certify under penalty of perjury, this __31st__ day of __January__, __2007__ that I am the attorney of record for the plaintiff in the above-entitled case; that the defendant(s) __STANDARD COMMUNICATIONS CORP.__ was [were]:

[personally served with process on __May 27, 2006__].

OR

[served via registered or certified mail pursuant to provisions of Rule 4(C)(ii) of the Superior Court of the District of Columbia on (date the return receipt was signed by addressee):
_____].

OR

[served via First Class Mail pursuant to provisions of Rule 4(C)(ii) of the Federal Rules of Civil Procedure on (date the Acknowledgment Form was signed by addressee):
_____].

[The authority for obtaining personal jurisdiction over the defendant served outside the District of Columbia is:
__A contractual forum selection clause__].

I further certify under penalty of perjury that no appearance has been entered by said defendant(s) in this case; no pleading has been filed and none served upon the attorney for the plaintiff(s); [no extension has been given and the time for filing has expired] [although an extension has been given, the time for filing has expired]; that the defendant is neither an infant nor an incompetent person.

The Clerk is requested to enter a Default against said defendant(s).

Attorney for Plaintiff(s) [signature]
David T. Bledsoe
300 N. Washington St., #708
Alexandria VA 22314
703 379 9424

__422596__
Bar Id. Number

Address and Telephone Number