CO-40
Rev. 10/76

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

INTELSAT USA SALES CORP.

_____
            Plaintiff            )
                                 )        06-414 HHK
        vs.                      )   Civil Action No. _____
                                 )
STANDARD COMMUNICATIONS CORP.    )
_____ )
                                 )
                                 )
_____
            Defendant

## DEFAULT

It appearing that the above-named defendant (s) has (have) failed to plead or otherwise defend this action though duly served with summons and copy of complaint on the _____27th_____ day of ___May___, __2006__, and an affidavit on behalf of the plaintiff (s) having been filed, it is this _____ day of _____, _____ declared that _____STANDARD COMMUNICATIONS CORP._____

_____

_____

_____

defendant (s) herein is (are) in default.

Nancy M. Mayer-Whittington, Clerk

By _____
           Deputy Clerk