IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTELSAT USA SALES CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>STANDARD COMMUNICATIONS CORP., )<br>)<br>Defendant. )<br>)<br>) | CA No. 06-414<br>Judge Henry H. Kennedy |

## **AFFIDAVIT OF JOHN C. NIBECKER**

Being duly sworn, John C. Nibecker deposes and says:

1. I am the Manager of Credit and Collections for Intelsat Corporation I am over the age of twenty-one and am competent to make this Affidavit. I make this affidavit on personal knowledge.

2. As part of my duties as Manager of Credit and Collections for Intelsat Corporation, I am responsible for monitoring the accounts receivable and invoices of plaintiff Intelsat USA Sales Corporation, a subsidiary of Intelsat Corporation. I am familiar with the agreements between plaintiff and defendant. I am also familiar with the invoices issued to defendant and amounts due from defendant and have personal knowledge of those agreements, invoices, and amounts due.

3. Pursuant to the agreements between plaintiff Intelsat USA Sales Corporation and defendant, as of April 1, 2008, plaintiff has issued invoices totaling $1,726,270.94 to defendant, which invoices defendant has failed to pay.

4. Pursuant to the agreements between defendant and plaintiff, as of April 1, 2008, defendant owes plaintiff the principal sum of $1,726,270.94, together with interest due after October 12, 2005, at the rate of 16 percent, totaling $683,319.52, for a total debt to plaintiff of $2,409,590.46, without any right of setoff by defendant.

*John C. Nibecker*
John C. Nibecker

WASHINGTON            )
DISTRICT OF COLUMBIA  )

Sworn and subscribed before me this 8th day of April, 2008.

*Pamela S. King*
Notary Public
Pamela S. King
DC Notary

My Commission Expires: 11/14/12