IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

INTELSAT USA SALES CORPORATION,      )
                                     )
        Plaintiff,                 )
                                     )
v.                                   )          CA No. 06-414
                                     )          Judge Henry H. Kennedy
                                     )
STANDARD COMMUNICATIONS CORP.,       )
                                     )
        Defendant.                 )
                                     )
_____)

## **MOTION FOR ENTRY OF DEFAULT JUDGMENT**

        Plaintiff Intelsat USA Sales Corporation, by counsel, pursuant to F.R.Civ. P. 55(b), moves this Court for entry of default judgment in its favor against defendant Standard Communications Corp. ("Standard").

        On February 1, 2007, the Clerk entered the default of defendant in this matter. Plaintiff now moves for entry of default judgment. As demonstrated in the Affidavit of John C. Nibecker attached hereto as Exhibit A, pursuant to the agreements between plaintiff and defendant Standard, as of April 1, 2008, plaintiff has issued invoices totaling $1,726,270.94 to defendant, which invoices defendant has failed to pay.

        Defendant is not an infant or incompetent person or in the military service of the United States, as shown by the affidavit of David I. Bledsoe, attached hereto as Exhibit B.

        Pursuant to the agreements between plaintiff Intelsat USA Sales Corporation and defendant, as of April 1, 2008, plaintiff has issued invoices totaling $1,726,270.94 to defendant, which invoices defendant has failed to pay. Pursuant to the agreements

between defendant and plaintiff, as of April 1, 2008, defendant owes plaintiff the principal sum of $1,726,270.94, together with interest due after October 12, 2005, at the rate of 16 percent, totaling $683,319.52, for a total debt to plaintiff of $2,409,590.46, without any right of setoff by defendant.

WHEREFORE plaintiff Intelsat USA Sales Corporation prays that this Court enter judgment in its favor against defendant Standard Communications Corp., in the amount of $2,409,590.46, its costs herein, and such other relief as to the Court seems proper.

INTELSAT USA SALES CORPORATTION.
By Counsel

_____/s/David I. Bledsoe_____
David I. Bledsoe
Bar Number 422596
300 North Washington Street
Suite 708
Alexandria, VA  22314
703-379-9424
703-684-1851(fax)