IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTELSAT USA SALES CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>STANDARD COMMUNICATIONS CORP., )<br>)<br>Defendant. )<br>)<br>) | CA No. 06-414<br>Judge Henry H. Kennedy |

## AFFIDAVIT UNDER THE SOLDIERS' AND SAILORS' CIVIL RELIEF ACT OF 1940

Under penalty of perjury, David I. Bledsoe deposes and says:

1. I am the attorney for plaintiff in the above-styled case.

2. Defendant is a corporation organized under the laws of the State of Florida. Therefore, defendant is not a person in the military service of the United States as defined in the Soldiers' And Sailors' Civil Relief Act Of 1940, and defendant is thus also not an incompetent person or infant.

_____/s/_____
David I. Bledsoe