IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTELSAT USA SALES CORPORATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> STANDARD COMMUNICATIONS CORP., ) <br> ) <br> Defendant. ) <br> ) <br> ) | CA No. 06-414 <br> Judge Henry H. Kennedy |

## **ORDER OF JUDGMENT**

Defendant Standard Communications Corp. having failed to plead or otherwise defend in this action, and its default having been entered, upon application of the plaintiff and upon affidavit that Defendant is indebted to the Plaintiff in the amount of $2,409,590.46, that Defendant is not an infant or incompetent person and not in the military service of the United States, it is hereby

ORDERED that pursuant to F.R.Civ. P. 55, judgment is hereby entered in favor of plaintiff against defendant Standard Communications Corp. in the amount of $2,409.590.46, plus costs of this suit.

THIS ORDER IS FINAL.

_____
Judge Henry H. Kennedy
United States District Judge

Entered: _____